[No. 51839-9-I.   Division One.   February 17, 2004.]

TAHOMA SCHOOL DISTRICT, *Respondent*, v. S&S ENTERPRISES OF MAPLE VALLEY, L.L.C., ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-33168-8, Michael Heavey, J., entered January 10 and February 7, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 52122-5-I.   Division One.   February 17, 2004.]

JET CHEVROLET, INC., ET AL., *Appellants*, v. THE CITY OF FEDERAL WAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-03653-8, Ronald Kessler, J., entered March 14, 2003. *Affirmed* by unpublished opinion per Baker J., concurred in by Coleman and Schindler, JJ.

[No. 52375-9-I.   Division One.   February 17, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO REYES-BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01681-9, Laura Gene Middaugh, J., entered May 16, 2003. *Reversed* by unpublished per curiam opinion.

[No. 29184-3-II.   Division Two.   February 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO ACOSTA-DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-02391-8, Sergio Armijo, J., entered August 2, 2002. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.